ACCEPTED
03-16-00839-CV
14545667
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 9:08:45 AM
JEFFREY D. KYLE
CLERK



**Kurt Kuhn** | kurt@kuhnhobbs.com
3307 Northland Drive, Suite 310 | Austin, Texas 78731
Tel 512.476.6000 | Fax 512.476.6002

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 9:08:45 AM
JEFFREY D. KYLE
Clerk

January 4, 2017

Jeffrey D. Kyle, Clerk
Third Court of Appeals                                    *via e-filing*
P.O. Box 12547
Austin, Texas  78711

> Re:    No. 03-16-00839-CV
> *National Media Corporation and Acme Partnership, L.P. v. The City of Austin*

Dear Mr. Kyle:

I represent Appellants, National Media Corporation and Acme Partnership, L.P., in the above-referenced appeal. I am writing to notify the Court that I will be out of the country March 11-19, 2017, on a pre-paid family vacation. I request that no oral arguments or deadlines be set in the case during that time period, if at all possible. Thank you for your courtesy.

Sincerely,

_____
Kurt Kuhn

cc:    *via e-service:*
       Chris Edwards